# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOAN LICHTMAN, | : | No. 487 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| KELLEY HODGE, JOHN DELANEY, | : | |
| KATHLEEN MARTIN, SETH WILLIAMS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.